UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, AND ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>ATLAS PHARMACY LLC, CUSTOM RX PHARMACY LLC, READY RX LLC, TOP CHOICE PHARMACY CORP., PETR YAKUBOVICH FAKHLAYEV, GEORGIY DAVIDOV, DAVID DAVIDOV, ALBERT PINKHASOV, AND IGOR ARONOV,<br><br>Defendants. | C.A. No. 1:22-cv-03817-BMC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by Plaintiffs Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Indemnity Company, and Allstate Fire & Casualty Insurance Company (collectively "Allstate"), and Defendants Atlas Pharmacy LLC, Top Choice Pharmacy Corp., Petr Yakubovich Fakhlayev, Georgiy Davidov, and David Davidov, by and through their undersigned counsel, that Allstate's Complaint (ECF No. 1) be dismissed as to Atlas Pharmacy LLC, Top Choice Pharmacy Corp., Petr Yakubovich Fakhlayev, Georgiy Davidov, and David Davidov with prejudice and without cost to any party.

1

Respectfully Submitted,

| Plaintiffs, | Defendants, |
|---|---|
| *Allstate Insurance Company,* | *Atlas Pharmacy LLC,* |
| *Allstate Property & Casualty Insurance Company* | *Top Choice Pharmacy Corp.,* |
| | *Petr Yakubovich Fakhlayev,* |
| *Allstate Indemnity Company, and* | *Georgiy Davidov, and* |
| *Allstate Fire & Casualty Insurance Company,* | *David Davidov,* |

By Their Attorneys:

*/s/ Michael W. Whitcher*
_____
Richard D. King, Jr. (RK8381)
Nathan A. Tilden (NT0571)
Michael W. Whitcher (MW7455)
Jasmine Garcia-Vieux (JG1805)
Caitlin F. Keresey (CK3994)
King, Tilden, McEttrick & Brink, P.C.
100 Ring Road, Suite 211
Garden City, NY 11530
(347) 710-0050
rking@ktmpc.com
ntilden@ktmpc.com
mwhitcher@ktmpc.com
jvieux@ktmpc.com
ckeresey@ktmpc.com

By Their Attorneys:

*/s/ Robert E. Hewitt*
_____
Matthew J. Conroy
Robert E. Hewitt
Schwartz, Conroy & Hack, PC
666 Old Country Road, 9th Fl.
Garden City, NY 11530
516-745-1122
MJC@schlawpc.com
REH@schlawpc.com

Dated:  October 11, 2022                                Dated:  October 11, 2022


SO ORDERED:

Dated:         Brooklyn, New York
               _____, 2022            _____
                                              Cogan, J.
                                              United States District Judge