UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, AND ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>ATLAS PHARMACY LLC, CUSTOM RX PHARMACY LLC, READY RX LLC, TOP CHOICE PHARMACY CORP., PETR YAKUBOVICH FAKHLAYEV, GEORGIY DAVIDOV, DAVID DAVIDOV, ALBERT PINKHASOV, AND IGOR ARONOV,<br><br>Defendants. | C.A. No. 1:22-cv-03817-BMC |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by Plaintiffs Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Indemnity Company, and Allstate Fire & Casualty Insurance Company (collectively "Allstate"), and Defendants Atlas Pharmacy LLC, Top Choice Pharmacy Corp., Petr Yakubovich Fakhlayev, Georgiy Davidov, and David Davidov, by and through their undersigned counsel, that Allstate's Complaint (ECF No. 1) be dismissed as to Atlas Pharmacy LLC, Top Choice Pharmacy Corp., Petr Yakubovich Fakhlayev, Georgiy Davidov, and David Davidov with prejudice and without cost to any party.

1

Respectfully Submitted,

| Plaintiffs, | Defendants, |
|---|---|
| *Allstate Insurance Company,* | *Atlas Pharmacy LLC,* |
| *Allstate Property & Casualty Insurance Company* | *Top Choice Pharmacy Corp.,* |
| | *Petr Yakubovich Fakhlayev,* |
| *Allstate Indemnity Company, and* | *Georgiy Davidov, and* |
| *Allstate Fire & Casualty Insurance Company,* | *David Davidov,* |

By Their Attorneys:   By Their Attorneys:

*/s/ Michael W. Whitcher*   */s/ Robert E. Hewitt*

Richard D. King, Jr. (RK8381)   Matthew J. Conroy
Nathan A. Tilden (NT0571)   Robert E. Hewitt
Michael W. Whitcher (MW7455)   Schwartz, Conroy & Hack, PC
Jasmine Garcia-Vieux (JG1805)   666 Old Country Road, 9th Fl.
Caitlin F. Keresey (CK3994)   Garden City, NY 11530
King, Tilden, McEttrick & Brink, P.C.   516-745-1122
100 Ring Road, Suite 211   MJC@schlawpc.com
Garden City, NY 11530   REH@schlawpc.com
(347) 710-0050
rking@ktmpc.com
ntilden@ktmpc.com
mwhitcher@ktmpc.com
jvieux@ktmpc.com
ckeresey@ktmpc.com

Dated: October 11, 2022   Dated: October 11, 2022

SO ORDERED:

Dated:   Brooklyn, New York
         October 11   , 2022

*Brian M. Cogan*
_____
Cogan, J.
United States District Judge

2