

KING, TILDEN, McETTRICK & BRINK, P.C.
Attorneys at Law

**Michael W. Whitcher**
Shareholder
Admitted in Massachusetts, Michigan, and New York
mwhitcher@ktmpc.com

350 Granite Street, Suite 2204, Braintree, MA 02184
**TEL** 617.770.2214  **FAX** 617.774.1714

November 3, 2022

**VIA ECF FILING**
The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Allstate Insurance Company, et al. v. Custom Rx Pharmacy LLC, et al.*
      No. 1:22-CV-03817-BMC (E.D.N.Y.)

Dear Judge Cogan:

Plaintiffs Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Indemnity Company, and Allstate Fire & Casualty Insurance Company (collectively, "Allstate") and Defendants Custom Rx Pharmacy LLC, Ready Rx LLC, Albert Pinkhasov, and Igor Aronov (collectively, "Custom Defendants") respectfully submit this joint request to adjourn the status conference presently scheduled for November 4, 2022 at 10:30 am.  This is the parties' first request to adjourn the November 4 status conference.

Allstate and the Custom Defendants seek to adjourn the status conference because they have reached an agreement in principle to fully resolve this action.  The parties apologize for the lateness of the request, but the agreement to terms was just reached within the past hour.  The parties respectfully request time until December 4, 2022 to file a stipulation of dismissal.

Thank you for your time and consideration.


Respectfully submitted,

 */s/ Michael W. Whitcher*                          */s/ Shannon Carroll*

Michael W. Whitcher (MW7455)                        Shannon Carroll
*Counsel for Allstate*                              *Counsel for Custom Defendants*


cc:    All parties (via ECF only)